1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulane Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   ERICK SAENZ-AVALOS

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:09-cr-0095 OWW
                                     )
12              Plaintiff,           )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS CONFERENCE HEARING
13     v.                            )
                                     )   DATE:   November 9, 2009
14  ERICK SAENZ-AVALOS,              )   TIME:   9:00 A.M.
                                     )   JUDGE:  Oliver W. Wanger
15              Defendant.           )
                                     )
16  _____ )

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for October 19, 2009, **may be**

19  **continued to November 9, 2009 at 9:00 A.M.**

20       This continuance is at the request of counsel for defendant to allow time for investigation to be

21  completed and to permit plea negotiations between the parties with the intention of conserving time and

22  resources for both parties and the court.

23       The parties agree that the delay resulting from the continuance shall be excluded in the interests

24  of justice, including but not limited to, the need for the period of time set forth herein for effective defense

25  preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

26  ///

27  ///

28  ///

LAWRENCE BROWN
United States Attorney

DATED: October 9, 2009      By:   /s/ Susan Phan
                                  SUSAN PHAN
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 9, 2009      By:   /s/ Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  ERICK SAENZ-AVALOS

## O R D E R

**IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 9, 2009**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

Saenz-Avalos - Stipulation and Order          2